From:   **Your Friends** yourfriends@venicemusic.co

Subject:   **Unauthorized Activity Detected: Louder Actions**

Date:   July 6, 2023 at 2:01:06 AM

To:   **Ralph Cohen** ████████████

Cc:   **Your Friends** yourfriends@venicemusic.co

---

Hello,

We are reaching out because we have received multiple flags from music platforms regarding releases you have submitted for distribution through Venice and require immediate attention as this will impact your account status.

Music platforms have flagged releases for the following reasons:
- Potential copyright infringement on delivered sound recordings
- Ineligible content for monetization on YouTube Content ID

These flags are violations of Venice Terms of Service and Venice Distribution Guidelines which includes distribution of sped up/down, pitched up/down, reverb and bass boosted versions of original recordings owned by other artists or labels. All content distributed through Venice must be 100% owned by the content provider and any clearances or approvals for use of underlying works are acquired prior to submitting content through the Venice platform.

We request a takedown of this content through the Venice portal from the YouTube Music and YouTube Content ID platforms immediately. If you content this claim, provide soft copies of the appropriate legal rightsholder documentation and approvals stating you hold 100% rights to distribute and monetize each content release submitted through this account immediately to the Venice Ops (yourfriends@venicemusic.co) and Legal (legal@venicemusic.co) teams for review. Timely response is required, otherwise this account may be subject to account termination and full catalog removal.

Thank you,

Your Friends | support.venice.tech

Venice

From:    **Your Friends** yourfriends@venicemusic.co

Subject:    Re: Unauthorized Activity Detected: Louder Actions

Date:    July 14, 2023 at 10:27:38 AM

To:    Ralph Cohen ▮▮▮▮▮▮▮▮▮▮

Cc:    **Your Friends** yourfriends@venicemusic.co

---

Hello,

Thank you for confirming ownership. However the issue flagged by YouTube is regarding the release "Zephyr - Louder Actions" and its eligibility ([https://support.google.com/youtube/answer/2605065?hl=en&sjid=3656801000562819544-NA#zippy=](https://support.google.com/youtube/answer/2605065?hl=en&sjid=3656801000562819544-NA#zippy=)) to monetize content on YouTube Content ID and potential attempts to circumvent YouTube Content ID monetization policy:

"Our systems detected that it is likely that this reference is being used to circumvent our monetization eligibility requirements by using Content ID to monetize content that is ineligible for monetization."



We request you access Venice and request issue Takedown of the flagged content from YouTube Music and YouTube Content ID to avoid platform and account strikes from the music platform.

Thank you for your cooperation.

On Thu, Jul 13, 2023 at 11:46 PM Ralph Cohen < ▮▮▮▮▮▮▮▮▮▮▮▮ > wrote:

> Hi we didn't receive a response. We are the original producers of the music. You can even check the files of the original music that we sent. The metadata is in the files. We even produced music videos. Please see below.
>
> [https://drive.google.com/file/d/17G3GWwpbCumWNa2iKXWuz9LO_IUfQb3a/view?usp=drive_web](https://drive.google.com/file/d/17G3GWwpbCumWNa2iKXWuz9LO_IUfQb3a/view?usp=drive_web)

https://drive.google.com/file/d/1Nswd2WLkaz-4wcgGR-WkDvgeS1lNvneO/view?usp=drive_web

https://drive.google.com/file/d/1q1eCGDrwu_jVxQuTxoCdLXv3R-MxB9U4/view?usp=drive_web

The album Louder actions inspires people to express themselves through actions, aka dance. People should never bottle up their negative emotions but rather be expressive and confident in themselves and aspire to achieve greatness. This is what Louder Actions by Zephyr is all about.

Please get back to me with more details or we will be forced to get our legal team involved for wrongfully terminating our agreement without sufficient reasoning. Thank you.

> On Jul 10, 2023, at 3:28 PM, Ralph Cohen < ▮▮▮▮▮▮▮▮▮▮ > wrote:
>
> Hi,
> Just following up on this.
>
> Sent from my iPhone
>
>> On Jul 6, 2023, at 6:01 PM, Ralph Cohen < ▮▮▮▮▮▮▮▮▮▮ > wrote:
>>
>> Hi,
>> We own 100% of the music in question. Can you give us more information on the exact issues here so we can address this misunderstanding. Thank You
>>
>> Sent from my iPhone
>>
>>> On Jul 6, 2023, at 2:01 AM, Your Friends <yourfriends@venicemusic.co> wrote:
>>>
>>>
>>> Hello,
>>>
>>> We are reaching out because we have received multiple flags from music platforms regarding releases you have submitted for distribution through Venice and require immediate attention as this will impact your account status.
>>>
>>> Music platforms have flagged releases for the following reasons:
>>> - Potential copyright infringement on delivered sound recordings
>>> - Ineligible content for monetization on YouTube Content ID
>>>
>>> These flags are violations of Venice Terms of Service and Venice Distribution Guidelines which includes distribution of sped up/down, pitched up/down, reverb and bass boosted versions of original recordings owned by other artists or labels. All content distributed through Venice must be 100% owned by the content provider and any clearances or approvals for use of underlying works are acquired prior to submitting content through the Venice platform.

We request a takedown of this content through the Venice portal from the YouTube Music and YouTube Content ID platforms immediately. If you content this claim, provide soft copies of the appropriate legal rightsholder documentation and approvals stating you hold 100% rights to distribute and monetize each content release submitted through this account immediately to the Venice Ops (yourfriends@venicemusic.co) and Legal (legal@venicemusic.co) teams for review. Timely response is required, otherwise this account may be subject to account termination and full catalog removal.

Thank you,
Your Friends | support.venice.tech
Venice

--

Thank you,
Your Friends | support.venice.tech
Venice

From:    Ralph Cohen ▮▮▮▮▮▮▮▮▮▮▮

Subject:    Re: Unauthorized Activity Detected: Louder Actions

Date:    July 17, 2023 at 11:34:59 AM

To:    Your Friends yourfriends@venicemusic.co

---

Hi, I don't understand this email. Can you please explain. We checked the Google support and we're not violation any TOS. And is youtube music and CID the only issues supposedly?

What day of this month should we expect payment and how much is the revenue ?

On Jul 14, 2023, at 10:27 AM, Your Friends <yourfriends@venicemusic.co> wrote:

Hello,

Thank you for confirming ownership. However the issue flagged by YouTube is regarding the release "Zephyr - Louder Actions" and its eligibility (https://support.google.com/youtube/answer/2605065?hl=en&sjid=3656801000562819544-NA#zippy=) to monetize content on YouTube Content ID and potential attempts to circumvent YouTube Content ID monetization policy:

"Our systems detected that it is likely that this reference is being used to circumvent our monetization eligibility requirements by using Content ID to monetize content that is ineligible for monetization."

<8A5C6BA9-FE69-4151-BE86-471810F05723.png>

We request you access Venice and request issue Takedown of the flagged content from YouTube Music and YouTube Content ID to avoid platform and account strikes from the music platform.

Thank you for your cooperation.

On Thu, Jul 13, 2023 at 11:46 PM Ralph Cohen <▮▮▮▮▮▮▮▮▮▮▮> wrote:
> Hi we didn't receive a response. We are the original producers of the music. You can even check the files of the original music that we sent. The metadata is in the files. We even produced music videos. Please see below.
>
> https://drive.google.com/file/d/17G3GWwpbCumWNa2iKXWuz9LO_IUfQb3a/view?usp=drive_web