From: Venice Customer Support yourfriends@venice-music.atlassian.net

Subject: songs not claiming (Support ID: VCS-20508)

Date: August 16, 2023 at 12:54:53 PM

To: Ralph Cohen ████████████

Hello,

YouTube has unfortunately deactivated Content ID on Zephyr releases due to repeated invalid Content ID claims due to suspicious reference segments in the sound recordings that do not meet Content ID eligibility requirements and circumventing Content ID monetization policy.

Invalid Claims Zephyr.csv

Venice Customer Support

**VENICE**

From:   Ralph Cohen ███████████

Subject:   Re: songs not claiming (Support ID: VCS-20508)

Date:   August 16, 2023 at 1:34:56 PM

To:   yourfriends@qanda.la

First and foremost, we affirm that the music associated with Zephyr is fully original and created in compliance with all applicable laws and regulations. We neither own nor control any of the channels that use our music in their videos.

We understand that there may have been some 'suspicious claims' identified, but we categorically deny any wrongdoing on our part. The instances you refer to represent a small portion of the total Content ID claims made, and we believe that they do not warrant the deactivation of Content ID on all Zephyr releases.

In light of the above, we hereby request the immediate reactivation of the references for Zephyr releases. We also give authorization for any 'suspicious claims' to be released by Venice Music now and in the future, and we commit to cooperating fully with any investigation or review process you may deem necessary.

Furthermore, we would like to emphasize that the actions may result in irreparable harm if not promptly addressed. We trust that you will treat this matter with the seriousness it deserves and act expeditiously to rectify the situation.

Our legal team has also reached out to Dani Oliva at Venice and we are awaiting a response.

On Aug 16, 2023, at 12:54 PM, Venice Customer Support <yourfriends@venice-music.atlassian.net> wrote:

Hello,

YouTube has unfortunately deactivated Content ID on Zephyr releases due to repeated invalid Content ID claims due to suspicious reference segments in the sound recordings that do not meet Content ID eligibility requirements and circumventing Content ID monetization policy.

Invalid Claims Zephyr.csv


Venice Customer Support



From: Venice Customer Support yourfriends@venice-music.atlassian.net

Subject: songs not claiming (Support ID: VCS-20508)

Date: August 17, 2023 at 11:53:53 AM

To: Ralph Cohen ███████████

---

Hello,

Support request VCS-20508 has been marked resolved.

If you require further assistance, feel free to submit a new support request through the Venice Support portal.

https://venice-music.atlassian.net/servicedesk/customer/portal/1/group/-1



**How was our service for this request?**

☆ Very poor   ☆ Poor   ☆ Average   ☆ Good   ☆ Very good

Venice Customer Support



From:  Dani Oliva dani@qanda.la

Subject:  Re: BHBIGFLUCE Records - Demand for Immediate Reactivation of Content ID References

Date:  August 16, 2023 at 11:12:10 PM

To:  Ralph Cohen ███████████████

Cc:  Carlo Ignacio cignacio@ci-attorneys.com,  Daniel Lopez dlopez@ci-attorneys.com

---

Thank you. Have a good night,

On Wed, Aug 16, 2023 at 8:07 PM Ralph Cohen <███████████> wrote:
Thank you Dani for your time and clarification on this matter. We hope to continue working together with Venice in good faith and transparency.

> On Aug 16, 2023, at 7:31 PM, Dani Oliva <dani@qanda.la> wrote:

> Hi again Daniel,

> We understand your client may deny wrongdoing. Please see Venice's Terms of Service 3(d): *Distributor may "freeze" and/or terminate your Platform Membership, restrict your access to the Platform, and/or immediately remove and/or cease distribution of Recordings and/or any other Content Delivered by You at any time in Distributor's sole discretion*

> and 8. b,

> a.  in connection with Distributor's termination rights as set forth above, Distributor shall have the unrestricted right to take any action at any time in its sole discretion for any reason (including, without limitation, infringement concerns, suspected legal liability, or Content which Distributor deems does not comply with its technical and substantive requirements) relating to your Platform Membership, Your ID Materials, Your Recordings, Your Compositions, and/or any other content delivered by You to Distributor hereunder, including, without limitation, "freezing" Your account, "freezing" royalties, terminating Your Platform Membership, restricting access to the Platform, or ceasing distribution and/or any other services relating to your Content, etc. In such case, You agree to take any action required or requested by Distributor in connection with the foregoing. If it is determined, in Distributor's sole discretion, that You or a person or entity under your direction or control have or will infringe the intellectual property of third parties, "bot" or use other inappropriate means to attribute streams or downloads, violate the terms of service of digital service providers or take other illegal actions or actions prohibited by law, You forfeit Your right to an accounting, royalties and/or any other payment due.

As per my previous email, we will not be reactivating the content.

Best,

On Wed, Aug 16, 2023 at 4:13 PM Daniel Lopez <dlopez@ci-attorneys.com> wrote:

> Hi Dani,
>
> Thank you for the prompt response.
>
> My client affirms that the music associated with Zephyr is fully original and created in compliance with all applicable laws and regulations including YouTube's Terms of Service. My client neither owns nor controls any of the channels that use my client's music in their videos.
>
> We have carefully reviewed the concerns raised regarding the claims identified by YouTube Content ID and the subsequent deactivation of reference files. While we understand that there may have been some 'suspicious claims' identified, we categorically deny any wrongdoing on our part. The instances you refer to represent a small portion of the total Content ID claims made, and they do not warrant the deactivation of Content ID on all Zephyr releases.
>
> My client respectfully requests the immediate reactivation of the references for Zephyr releases, "Believe," "Balloon," "Clouds." My client also gives authorization for any 'suspicious claims' to be released by Venice Music going forward and commits to cooperating fully with any investigation or review process you may deem necessary.
>
> Furthermore, I'd like to emphasize that the actions taken may result in irreparable harm to my client if not promptly addressed. Thank you for treating this matter with the seriousness it deserves and I hope you will continue to act expeditiously to rectify the situation. In the meantime, please refer me to the specific sections regarding Venice's Terms of Service you allege my client has breached.

We look forward to your prompt response and resolution of this matter. Please do not hesitate to contact me if you require any further information or clarification.

Best,

Daniel g. Lopez, Esq.

---

**From:** Dani Oliva <dani@qanda.la>
**Sent:** Wednesday, August 16, 2023 2:12 PM
**To:** Daniel Lopez <dlopez@ci-attorneys.com>
**Cc:** ███████████ Carlo Ignacio <cignacio@ci-attorneys.com>
**Subject:** Re: BHBIGFLUCE Records - Demand for Immediate Reactivation of Content ID References

Hello Daniel,

I am writing in response to your email concerning the BHBIGFLUCE Records matter and musical compositions by Zephyr: "Clouds," "Believe," "Balloon".

We received multiple claims concerning this content identified by YouTube Content ID. These claims negatively impact Venice's Tier A status with YouTube.

The claims are a result of delivered audio reference files which do not comply with Google's current Copyright Management eligibility criteria available at https://goo.gl/YXRvVc. UGC claims made with ineligible reference audio files will generate invalid claims.  Further YouTube will also flag suspicious claims that appear to be associated with

attempts to circumvent YouTube monetization policy. YouTube penalizes distributors for monetizing ineligible content or claimed videos which appear to circumvent their Content ID monetization policies.

In addition, we have previously notified your client about their content being flagged by YouTube. YouTube has flagged your client's releases for violating their monetization policy.

As a result, your client has breached Venice's Terms of Service. Pursuant to Venice's Terms of Service, which your client agrees to when using our service, Venice is within its full right to deactivate the reference files.

Best,

On Wed, Aug 16, 2023 at 10:08 AM Daniel Lopez <dlopez@ci-attorneys.com> wrote:

To Whom It May Concern,

I write to you on behalf of my client, BHBIGFLUCE Records, to address a matter of grave concern and urgency.

It has come to our attention that the Content ID references for the following musical compositions by Zephyr: "Clouds," "Believe," "Balloon," have been wrongfully and unilaterally deactivated by Venice Innovation Labs Inc. ("Venice"). Such deactivation, carried out without just cause or prior notification, constitutes an arbitrary and capricious action that has caused my client irreparable harm. The deactivation of these references has infringed upon my client's intellectual property rights and has resulted in a failure to protect their interests in the Content ID system.

We hereby demand the immediate reactivation of the aforementioned references. Failure to comply with this demand within a reasonable time, not exceeding 2 business days, will leave us with no alternative but to pursue all available legal remedies. Such remedies may include, but are not limited to, seeking injunctive relief, damages for

wrongful interference, and pursuing claims for the failure to uphold the standards of fair dealing and good faith. We strongly urge you to treat this matter with the seriousness it warrants and to act expeditiously to rectify this egregious error. We further advise you to consult with your legal counsel regarding your obligations and potential liabilities in this matter.

Please confirm in writing your compliance with this demand within the allotted time frame. Should you have any questions or require clarification on any of the points raised herein, please do not hesitate to contact me directly.

We trust that you will give this matter the immediate attention it requires, thereby obviating the need for litigation.

Sincerely,

Daniel Lopez

<image001.png>

Daniel G. Lopez | Associate Attorney

Chung & Ignacio, LLP

8577 Haven Ave., Suite 306

Rancho Cucamonga, CA 91730

Telephone: 909-652-3022

Facsimile: 909-652-3023

dlopez@ci-attorneys.com

www.ci-attorneys.com

THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AUTHORIZED AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE COMMUNICATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND REMOVE ANY AND ALL SAID COMMUNICATION FROM YOUR COMPUTER DATA BASE. THANK YOU

CIRCULAR 230 DISCLAIMER

Any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties that may be imposed on the taxpayer under the Internal Revenue Code or applicable state or local tax law or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.