From:  **Ralph Cohen** ███████████

Subject:  **Re: Content id claims (Support ID: VCS-27534)**

Date:  **October 4, 2023 at 10:23:04 PM**

To:  **yourfriends@qanda.la**

Cc:  **Carlo Ignacio** cignacio@ci-attorneys.com, **Daniel Lopez** dlopez@ci-attorneys.com

---

Dear Venice Music Team,

We at BHBIGFLUCE RECORDS have received your email and are keen on addressing the concerns raised. We'd like to state unequivocally that we deny any wrongdoing on our part.

We have a music promotion contract with a media company and they are responsible for promoting our music across various channels. We neither own any of these channels nor have control over the content that's published on them. As such, we are not involved in any strategies or tactics concerning YouTube monetization, including the alleged 'hidden recordings'.

We pride ourselves on upholding the highest levels of integrity and professionalism, and we always ensure that our actions are in line with YouTube's Terms of Service. If there are any questionable claims, we authorize their release for clarification. We are committed to working closely with Venice Music to address and rectify any concerns.

We have CC'd our legal representatives, Daniel and Carlo, who will also be in the loop regarding this matter. We hope to work collaboratively to resolve this situation, and if any additional information or documentation is required from our end, please let us know. We are more than willing to comply.

Thank you for bringing this to our attention, and we hope to clear up any misunderstandings promptly.

Warm regards,

Ralph Cohen
BHBIGFLUCE RECORDS

CC: Daniel Lopez, Carlo Ignacio


On Oct 4, 2023, at 2:47 PM, Venice Customer Support <yourfriends@venice-music.atlassian.net> wrote:

Hello,

This account is currently under investigation for potential violation of Venice's [Terms of Service]. The cause of this review is due to repeated flags received from YouTube regarding your catalog submissions. Note the flags identified by YouTube in the screenshot below indicating "This segment is likely used to circumvent our monetization eligibility requirements."



What YouTube has detected is content from your catalog that is utilize a monetization tactic known as 'hidden recordings' which is a discouraged YouTube monetization practice. Below are a few samples of examples of videos containing your catalog releases and identified as hidden recordings which is consistent with discouraged monetization policies.

[https://www.youtube.com/watch?v=_cPsBMAlVec](https://www.youtube.com/watch?v=_cPsBMAlVec)

[https://www.youtube.com/watch?v=7OzPYo_yft4](https://www.youtube.com/watch?v=7OzPYo_yft4)

This is consistent behavior with content flags received from previous catalog releases that we have provided a warning to avoid distributing content that is not in alignment music platform guidelines. Pursuant to the [Terms of Service], Venice will be closely monitoring your account and withholding future requests to distribute new content releases while our team investigates the matter. If Venice further investigates and does not find a violation, Venice will process any pending payments upon the next payment cycle.

Venice Customer Support



From: Venice Customer Support yourfriends@venice-music.atlassian.net

Subject: Content id claims (Support ID: VCS-27534)

Date: October 27, 2023 at 2:33:22 PM

To: Ralph Cohen ████████████

---

Hello,

Support request VCS-27534 has been marked resolved.

If you require further assistance, feel free to submit a new support request through the Venice Support portal.

https://venice-music.atlassian.net/servicedesk/customer/portal/1/group/-1



Venice Member Support



From: **Venice Customer Support** yourfriends@venice-music.atlassian.net
Subject: **BHBIGFLUCE RECORDS (Support ID: VCS-28406)**
Date: **Oct 12, 2023 at 12:34:39 AM**
To: ███████████████

Thank you for contact Venice Member Support. Just confirming that we received your request. We're on it!

For the most rapid support, please reply in this thread and include as many of the following details as possible:

- Primary Venice Member email (the one used to access your Venice account)
- Artist Name
- Release / Track Title(s)
- UPC / ISRC

Don't forget to reference our [knowledge base](knowledge base) page for quick access to FAQs and how to reference articles.

Venice Member Support



From: **Venice Customer Support** yourfriends@venice-music.atlassian.net
Subject: **BHBIGFLUCE RECORDS (Support ID: VCS-28406)**
Date: **Oct 13, 2023 at 5:51:59 PM**
To: ███████████████

Hello,

We are still awaiting details from YouTube regarding the flagged releases and activity previously mentioned in the previous notification. As more details are received from YouTube, we will be able to share them with you. If you would like to provide additional context or documentation that would explain the YouTube flags you are welcome to do so.

Thank you

Venice Member Support



From: **Venice Customer Support** yourfriends@venice-music.atlassian.net
Subject: **BHBIGFLUCE RECORDS (Support ID: VCS-28406)**
Date: **Oct 18, 2023 at 4:16:12 PM**
To:

Hello,

YouTube has requested further information regarding releases "Beautiful Fireworks" and "Forsaken Mic" and the abnormal activity detected regarding Content ID claims and what is declares to violate YouTube Spam, Deceptive Practices and Scam policies. Please explain why these segments (reference videos below) are valid. This information will be used by YouTube to re-evaluate this segment.

https://www.youtube.com/watch?v=7OzPYo_yft4

09:00-09:30

https://www.youtube.com/watch?v=y4K40UEFvEE

05:00-6:13

Venice Member Support



From: Ralph Cohen ███████████████
Subject: BHBIGFLUCE RECORDS (Support ID: VCS-28406)
Date: Oct 18, 2023 at 5:22:45 PM
To: yourfriends@qanda.la
Cc: Carlo Ignacio cignacio@ci-attorneys.com, Daniel Lopez dlopez@ci-attorneys.com

Dear Venice Music Team,

First and foremost, thank you for bringing this to our attention. To provide some context, BHBIGFLUCE RECORDS has a music promotion agreement with a media company. Their role, as per our contract, is to promote our music across various YouTube channels. If you believe viewing the contract would be beneficial for clarity, we can certainly send it over.

I must admit, I'm quite baffled by the references to videos that are two years old, especially considering our recent partnership with Venice Music. We don't own any YouTube channels, and the channels in question have added our music on their own accord. These older videos have no connection to our current operations with you. If the concerns are strictly with these past videos, we're more than willing to release any claims associated with them. It genuinely feels a bit perplexing and, to be frank, as if we're being singled out over historical content that we were not even aware posed a problem.

We pride ourselves on our honesty and integrity in this industry, and we are eager to cooperate fully to clear up any misunderstandings. If there are any recent examples or specific concerns that you can share with us, it would be immensely helpful.

I've CC'd our legal team, Carlo and Daniel, to ensure they're in the loop. However, as I mentioned, we hope to address this matter directly and transparently with you. Please let us know if you require any further documentation or if there are other aspects we need to address.

Looking forward to your response.

Warm regards,
Ralph Cohen
BHBIGFLUCE RECORDS

CC: Carlo, Daniel

On Oct 18, 2023, at 4:16 PM, Venice Customer Support <yourfriends@venice-music.atlassian.net> wrote:

Hello,

YouTube has requested further information regarding releases "Beautiful Fireworks" and "Forsaken Mic" and the abnormal activity detected regarding Content ID claims and what is declares to violate YouTube Spam, Deceptive Practices and Scam policies. Please explain why these segments (reference videos below) are valid. This information will be used by YouTube to re-evaluate this segment.

https://www.youtube.com/watch?v=7OzPYo_yft4

09:00-09:30

https://www.youtube.com/watch?v=y4K40UEFvEE

05:00-6:13

Venice Member Support

# VENICE

From: **Venice Customer Support** yourfriends@venice-music.atlassian.net
Subject: **BHBIGFLUCE RECORDS (Support ID: VCS-28406)**
Date: **Oct 23, 2023 at 5:58:12 PM**
To: █████████████████

Hello,

The videos that were previously shared is just a sample set of videos that have been identified by YouTube Content ID, by which the volume of similar video content containing these sound recordings has raised the concern to the YouTube team of improper monetization practices.

Regarding dated content, YouTube performs a legacy scan of all content that matches the sound recordings on the platform, regardless of when the videos were created, and will evaluate all sound recordings and claims based on their guidelines which are frequently updated.

We are still awaiting your official explanation (if you chose to provide one) that we can share with the YouTube team as to the nature of the video claims raised by the YouTube team. YouTube will take this explanation into consideration as they evaluate the content and its eligibility to monetize on this content in the future.

3. Content ID scans user uploads and identifies matches.

   Content ID continuously compares new uploads to the references for your assets. Matching videos are automatically claimed on behalf of the asset, and your specified match policy is applied to the claimed videos before they are published on YouTube.

   > Content ID also performs a "legacy scan" to identify matching videos uploaded before your asset was created. Recent uploads and popular videos are scanned first.

https://support.google.com/youtube/answer/3244015?hl=en#

Venice Member Support



From: Ralph Cohen █████████████████████
Subject: Re: BHBIGFLUCE RECORDS (Support ID: VCS-28406)
Date: Oct 24, 2023 at 2:37:37 PM
To: yourfriends@qanda.la

Dear Venice Music Team,

Thank you for bringing these specific video segments to our attention. To provide clarity on this matter and an explanation, BHBIGFLUCE RECORDS has a music promotion agreement with a media company, which was tasked with promoting our music across various YouTube channels. While we might have collaborated with various channels for promotions in the past, we do not own or directly control any of them. The channels added our music of their own accord.

We understand the concerns raised, and in our commitment to transparency and cooperation, we have attached the music promotion contract for your reference. This should provide comprehensive insight into our arrangements and collaborations.

If there are any other aspects that need clarification please let us know. We are keen on ensuring our operations are in line with YouTube's policies and hope to swiftly resolve any concerns.

Contract Attached.

 **Music_promotion_Agreement-...**
515 KB

Warm regards,

Ralph Cohen
BHBIGFLUCE RECORDS

On Oct 23, 2023, at 5:58 PM, Venice Customer Support <yourfriends@venice-music.atlassian.net> wrote:

Hello,

The videos that were previously shared is just a sample set of videos that have been identified by YouTube Content ID, by which the volume of similar video content containing these sound recordings has raised the concern to the YouTube team of improper monetization practices.

Regarding dated content, YouTube performs a legacy scan of all content that matches the sound recordings on the platform, regardless of when the videos were created, and will evaluate all sound recordings and claims based on their guidelines which are frequently updated.

We are still awaiting your official explanation (if you chose to provide one) that we can share with the YouTube team as to the nature of the video claims raised by the YouTube team. YouTube will take this explanation into consideration as they evaluate the content and its eligibility to monetize on this content in the future.

<jira-generated-image-static-7ff6f61c-957c-41a4-830e-7adc40796489>

https://support.google.com/youtube/answer/3244015?hl=en#

Venice Member Support



From: Venice Customer Support yourfriends@venice-music.atlassian.net

Subject: BHBIGFLUCE RECORDS (Support ID: VCS-28406)

Date: October 27, 2023 at 2:33:24 PM

To: Ralph Cohen ███████████████

---

Hello,

We have shared details regarding the music promotion agreement to the YouTube team and are waiting on their review and feedback. Once we hear from the YouTube team we will follow up with you.

Venice Member Support
Venice

From: **Venice Customer Support** yourfriends@venice-music.atlassian.net
Subject: **BHBIGFLUCE RECORDS (Support ID: VCS-28406)**
Date: **Nov 14, 2023 at 11:49:45 PM**
To: ███████████████

Hello,

Our records show that YouTube has reactivated monetization on the mentioned releases.

Venice Member Support



From: **Venice Customer Support** yourfriends@venice-music.atlassian.net
Subject: **BHBIGFLUCE RECORDS (Support ID: VCS-28406)**
Date: **Nov 15, 2023 at 2:56:07 AM**
To:

Hello,

Support request VCS-28406 has been marked resolved.

If you require further assistance, feel free to submit a new support request through the Venice Support portal.

https://venice-music.atlassian.net/servicedesk/customer/portal/1/group/-1

---

**How was our service for this request?**

Very poor        Poor        Average        Good        Very good

---

Venice Member Support

