# Payment Statements

From All Time

Personal | Label

TOTAL PAID TO BHBIGFLUCE RECORDS

**$19,380.56**

Learn more

EARNINGS AWAITING $50 THRESHOLD

**$20.71**

Learn more

| MONTH | STATUS | EARNED PER MONTH | PAID PER MONTH | PAYEE |
|---|---|---|---|---|
| December | $50 payment... | $0.00 | | |
| November | $50 payment... | $0.00 | | |
| October | $50 payment... | $0.09 | | |
| September | $50 payment... | $0.00 | | |
| August | $50 payment... | $0.13 | | |
| July | $50 payment... | $0.03 | | |
| June | $50 payment... | $0.11 | | |
| May | $50 payment... | $0.30 | | |
| April | $50 payment... | $0.15 | | |
| March | $50 payment... | $0.22 | | |
| February | $50 payment... | $0.26 | | |
| January | $50 payment... | $0.16 | | |
| December | $50 payment... | $0.19 | | |
| November | $50 payment... | $0.18 | | |
| October | $50 payment... | $0.14 | | |
| September | $50 payment... | $0.63 | | |
| August | $50 payment... | $0.46 | | |
| July | $50 payment... | $0.56 | | |
| June | $50 payment... | $0.79 | | |
| May | $50 payment... | $1.16 | | |
| April | $50 payment... | $15.14 | | |
| **March 2024** | **Payment for Mar...** | **$216.28** | **$213.49** | **BHBIGFLUCE RECORDS** |
| **February 2024** | **Payment for Feb...** | **$1,245.03** | **$1,240.19** | **BHBIGFLUCE RECORDS** |
| January | Paid as part of... | $0.29 | | |
| December | Paid as part of... | $0.22 | | |
| **November 2023** | **Payment for Nov...** | **$1,103.54** | **$1,098.55** | **BHBIGFLUCE RECORDS** |
| **October 2023** | **Payment for Oct...** | **$121.82** | **$119.27** | **BHBIGFLUCE RECORDS** |
| **September 2023** | **Payment for Sep...** | **$5,685.96** | **$7,509.17** | **BHBIGFLUCE RECORDS** |
| August | Paid as part of... | $1,844.23 | | |
| **August 2023** | **Payment for Aug...** | **$9,225.14** | **$9,199.89** | **BHBIGFLUCE RECORDS** |

HELPFUL INFORMATION

- Royalties listed as **PAID PER MONTH** may be affected by recoupment. See statement details for breakdown of recoupment.
- Royalties collected and distributed through Venice are for the master sound recordings only.
- The amount displayed as "Earnings awaiting $50 threshold" is an approximation of royalties collected at a certain point in time and may periodically fluctuate.
- If you are a Payee who is expecting payment from a release distributed through Venice, ensure you are properly added to the release by directly contacting the Venice account holder who distributed the release.
- Additional questions? Check here for a full overview.

?