# LAW OFFICE OF COURTNEY K. DAVY, L.L.P.
**ATTORNEY AT LAW**
299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007
TEL: 516.850.1800/212-323-7416 EMAIL: courtneydavy.esq@gmail.com  FAX:  347.658.3081

May 27, 2026

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re: SocialRyse LLC d/b/a BHBIGFLUCE Records v. YouTube LLC and
> Google LLC, No. 1:26-cv-03407-JGK — Letter-Motion for a Pre-Motion
> Conference and, in the Alternative, for Leave to File a Second Amended
> Complaint on this Letter Under Fed. R. Civ. P. 15(a)(2)

Dear Judge Koeltl:

I represent Plaintiff SocialRyse LLC, d/b/a BHBIGFLUCE Records, in the above-captioned action. Pursuant to Section III.B of Your Honor's Individual Practice Rules, Plaintiff respectfully requests a pre-motion conference in advance of a motion for leave to file a Second Amended Complaint under Federal Rule of Civil Procedure 15(a)(2). Plaintiff is prepared to file the proposed pleading, a Local Civil Rule 15.1 redline, and any supporting papers at the Court's direction. In the alternative, if the Court concludes that a conference is unnecessary given that no defendant has been served or appeared, Plaintiff respectfully requests that the Court grant leave on the basis of this letter and direct, pursuant to Local Civil Rule 15.1(b), that the Proposed Second Amended Complaint be deemed filed as of the date of the Court's order.

Procedural Background

Plaintiff filed the original Complaint on April 24, 2026 (ECF No. 1) and timely filed a First Amended Complaint as a matter of course under Rule 15(a)(1) on April 30, 2026 (ECF No. 2). The Clerk issued summonses on May 1, 2026 (ECF No. 4). Upon information and belief, Defendants have not yet been served and have not appeared. Because Plaintiff has already exercised its one amendment as of right under Rule 15(a)(1), leave of Court under Rule 15(a)(2) is now required for any further amendment, regardless of whether service has been effectuated. The Initial Conference is scheduled for August 5, 2026.

Nature of the Proposed Amendments

The Proposed Second Amended Complaint refines—but does not expand—Plaintiff's existing claims and adds no new defendants. Its purposes are to: (i) clarify and narrow the pleading around the 2023 Venice Music / Content ID conduct at issue; (ii) strengthen factual allegations regarding Defendant Google LLC's operational role in the Content ID and Copyright Management

systems; (iii) clarify Plaintiff's ownership and rights allegations; (iv) revise the reliance element of the fraud count, as discussed further below; and (v) include additional clarifying allegations regarding the citizenship of Defendants to establish the basis for diversity jurisdiction under 28 U.S.C. § 1332, consistent with Section II.B of Your Honor's Individual Practices.

Plaintiff draws the Court's attention to item (iv). The fraud count as previously pleaded alleged reliance by Plaintiff. Upon further analysis, Plaintiff intends to reframe the reliance element to focus on Venice Music's reliance on Defendants' Content ID enforcement designations. Plaintiff recognizes that New York fraud doctrine generally requires the plaintiff to have relied on the alleged misrepresentation, and Plaintiff is prepared to address whether third-party reliance is cognizable under the specific theory advanced in this case, including whether the claim is more properly characterized as one for fraudulent inducement directed at a third party or as a different cause of action altogether. Plaintiff looks forward to addressing these issues with the Court at a pre-motion conference.

The Rule 15(a)(2) Standard Is Readily Satisfied

Rule 15(a)(2) provides that '[t]he court should freely give leave [to amend] when justice so requires.' The Second Circuit applies this standard liberally. Williams v. Citigroup Inc., 659 F.3d 208, 212–13 (2d Cir. 2011). None of the Foman factors weighs against amendment.

First, there has been no undue delay. Plaintiff seeks leave shortly after the Rule 15(a)(1) amendment and well in advance of the August 5 Initial Conference.

Second, the amendment is sought in good faith to refine and clarify existing claims, not to introduce new theories or defendants.

Third, there is no prejudice. Defendants have not been served, have not appeared, and have not expended resources responding to the operative pleading. See Pasternack v. Shrader, 863 F.3d 162, 174 (2d Cir. 2017); Richardson v. Annucci, 2022 WL 17145275, at *3 (2d Cir. Nov. 23, 2022) (summary order) (no prejudice where defendants had not yet appeared or responded to the complaint).

Fourth, the amendment is not futile. The proposed amendments add factual detail and jurisdictional precision to existing claims and narrow—rather than expand—the pleaded theories. See Lucente v. Int'l Bus. Machs. Corp., 310 F.3d 243, 258 (2d Cir. 2002). The revisions to the fraud count are intended to address a potential pleading deficiency before it is raised in a motion to dismiss, not to introduce a new theory.

Local Civil Rule 15.1 Compliance; Documents Ready for Filing

Plaintiff has prepared, in compliance with Local Civil Rule 15.1: (a) a clean copy of the Proposed Second Amended Complaint, and (b) a redline showing all differences from the operative First Amended Complaint (ECF No. 2). Both documents are available for immediate filing or transmission to Chambers at koeltlnysdchambers@nysd.uscourts.gov upon the Court's direction.

Requested Relief

Plaintiff respectfully requests that the Court: (i) schedule a pre-motion conference at the Court's convenience so that Plaintiff may address the proposed amendments—including the fraud reliance issue—before filing a formal motion; or (ii) in the alternative, if the Court concludes that a conference is unnecessary in light of the absence of any appeared defendant, grant leave to file the Proposed Second Amended Complaint on the basis of this letter and direct, pursuant to Local Civil Rule 15.1(b), that the Proposed Second Amended Complaint be deemed filed as of the date of the Court's order. In any event, Plaintiff is prepared to submit the proposed pleading, redline, and any supporting papers at the Court's direction.

Plaintiff thanks the Court for its consideration of this letter-motion.

Respectfully submitted,

  /s/Courtney K. Dav_____
Courtney K. Davy, Esq.
299 Broadway - Suite 800
New York, New York 10007
(516) 850-1800
(212-786-2331
Courtneydavy.esq@gmail.com