AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| SOCIALRYSE LLC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> YOUTUBE LLC and GOOGLE LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  26-cv-03407-JGK

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   YouTube LLC,
 901 Cherry Avenue
San Bruno, CA 94066

Google LLC,
1600 Amphitheatre Parkway
Mountain View, CA 94043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Law Office of Courtney K. Davy
299 Broadway, Suite 800
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   June 24, 2026

/S/  S.  James

*Signature of Clerk or Deputy Clerk*

*Tammi M. Hellurig*