**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SOCIALRYSE LLC<br>(d/b/a BHBIGFLUCE RECORDS),<br><br>        Plaintiff,<br><br>        v.<br><br>YOUTUBE LLC and GOOGLE LLC,<br><br>        Defendants. | Case No. 26-cv-03407-JGK |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record.

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendants YouTube, LLC and Google LLC.

Dated: July 21, 2026        */s/ Erin J. Morgan*

                    Erin J. Morgan (EM1694)
                    DUNN ISAACSON RHEE LLP
                    11 Park Place
                    New York, NY 10007
                    (202) 240-2900

                    *Attorney for YouTube, LLC and Google LLC*