UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SocialRyse LLC (d/b/a BHBIGFLUCE Records)

Plaintiff(s)

- v -

YouTube LLC and Google LLC

Defendant(s)

**RULE 7.1 STATEMENT**

1:26-cv-03407-LAK

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

YouTube, LLC and Google LLC

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

YouTube, LLC is a subsidiary of Google LLC.

Google LLC is a subsidiary of XXVI Holdings, Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

The sole member of Defendant Google LLC is XXVI Holdings Inc., which is a company incorporated in Delaware with its principal place of business in Mountain View, California. Accordingly, Google LLC is a citizen of Delaware and California.

The sole member of Defendant YouTube, LLC is Google LLC, which is organized under the laws of Delaware, has its principal place of business in Mountain View, California, and is a citizen of Delaware and California as described above. Accordingly, YouTube, LLC is a citizen of Delaware and California.

Plaintiff is, according to the complaint (Dkt. 8), a resident and citizen of New York.

9/4/26

Date

/s/ Erin J. Morgan

Signature of Attorney

5284948

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).