**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOCIALRYSE LLC. (d/b/a BHBIGFLUCE RECORDS)<br>*Plaintiff*,<br><br>vs.<br><br>YOUTUBE LLC and GOOGLE LLC,<br>*Defendants*. | Case No. 1:26-cv-03407-LAK<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Defendants YouTube, LLC and Google LLC, by their undersigned counsel, hereby move this Honorable Court for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Second Amended Complaint filed by Plaintiff SocialRyse LLC on June 16, 2026 (ECF No. 8, "SAC") in its entirety with prejudice and granting such other relief as the Court deems just and proper. In support of their motion, Defendants rely upon the SAC, the Memorandum of Law that accompanies this Notice, the Declaration of Erin J. Morgan in Support of Defendants' Motion to Dismiss the Second Amended Complaint, all further filings made with respect to the Motion, and such other proceedings in this action as shall bear on the matters addressed in the Motion that may be considered by the Court. Defendants respectfully request that oral argument on this Motion be held on a date and at a time designated by the Court.

Dated: September 4, 2026

Respectfully submitted,

*/s/ Erin J. Morgan*

Jeannie S. Rhee (*pro hac vice*)

**DUNN ISAACSON RHEE LLP**
401 Ninth Street, NW
Washington, DC 20004
Telephone: (202) 240-2900
jrhee@dirllp.com

Erin J. Morgan
**DUNN ISAACSON RHEE LLP**
11 Park Place
New York, NY 10007
Telephone: (202) 240-2900
emorgan@dirllp.com

**CERTIFICATE OF SERVICE**

I, Erin J. Morgan, hereby certify that on September 4, 2026, a true and correct copy of the foregoing was electronically filed and served on all parties of record via the Court's CM/ECF system.

Dated: September 4, 2026 *_/s/ Erin J. Morgan_*