**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

SOCIALRYSE LLC. (d/b/a BHBIGFLUCE RECORDS)

*Plaintiff*,

vs.

YOUTUBE LLC and GOOGLE LLC,

*Defendants*.

Case No. 1:26-cv-03407-LAK

**DECLARATION OF ERIN J. MORGAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

I, Erin J. Morgan, hereby declare and state as follows:

1. I am a partner with the law firm of Dunn Isaacson Rhee LLP, and I am counsel for Defendants YouTube, LLC and Google LLC in the above-captioned matter.
2. I submit this Declaration in support of Defendants' Memorandum of Law in Support of the Motion to Dismiss the Second Amended Complaint.
3. Attached as Exhibit A is a true and correct copy of Plaintiff's Second Amended Complaint (ECF No. 8) in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: September 4, 2026

*/s/ Erin J. Morgan*

Erin J. Morgan
New York, New York